■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGRIPPA BROWN, Appellant. [636 NYS2d 612] —Judgment, Supreme Court, Bronx County (Bonnie Wittner, J.), rendered December 17, 1991, convicting defendant, after a jury trial, of robbery in the first degree, robbery in the second degree and grand larceny in the fourth degree, and sentencing him, as a second violent felony offender, to concurrent terms of 8 to 16 years, 6 to 12 years, and 2 to 4 years, respectively, unanimously affirmed.

Defendant's claim that the prosecutor and the investigating detective improperly bolstered the testimony of the complainant, to the extent preserved (*see, People v Ortiz*, 217 AD2d 425, *lv denied* 86 NY2d 799), was raised and rejected on the codefendant's appeal (*People v Hall*, 220 AD2d 278), and we see no reason to depart from those rulings. Upon an independent

review of the facts, we find that the verdict was not against the weight of the evidence. Concur—Ellerin, J. P., Rubin, Nardelli, Williams and Mazzarelli, JJ.